ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6595
     Facsimile: (213) 894-7177
     E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV11 07699 GAF (CWx) |
| Plaintiff, | VERIFIED COMPLAINT FOR FORFEITURE |
| v. | [21 U.S.C. § 881(a)(6)] |
| $100,000.00 IN U.S. CURRENCY and $2,614.49 IN U.S. CURRENCY, | [I.C.E.] |
| Defendants. | |

The United States brings this claim against the defendants $100,000.00 in U.S. currency and $2,614.49 in U.S. currency (referred to hereinafter collectively as "the defendant currency"), and alleges as follows:

### JURISDICTION AND VENUE

1. This is a civil forfeiture action brought pursuant to 21 U.S.C. § 881(a)(6).

2. This court has jurisdiction over the matter under 28

U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

## PERSONS AND ENTITIES

4. The plaintiff is the United States of America.

5. The defendants are $100,000.00 in U.S. currency seized from a vehicle being driven by Jose Ferrero ("J. Ferrero") on December 1, 2010, and $2,614.49 in U.S. currency seized from the person of J. Ferrero on December 1, 2010.

6. The interests of J. Ferrero, and his brother, Emilio Ferrero ("E. Ferrero") may be adversely affected by these proceedings.

7. The defendant $100,000.00 in U.S. currency was seized by the Montebello Police Department ("MPD") after a traffic stop of a vehicle driven by J. Ferrero in Los Angeles, California. The defendant $2,614.49 in U.S. currency was seized from J. Ferrero when he was taken into custody by the MPD. The seizure of the defendant currency was later adopted by the United States Immigration and Customs Enforcement ("ICE"). The defendant currency is currently in the custody of the United States Customs and Border Protection, where it will remain subject to this court's jurisdiction during the pendency of this action.

## EVIDENCE SUPPORTING FORFEITURE

8. On or about December 1, 2010, at approximately 7:30 a.m., MPD detectives in conjunction with agents from ICE, established surveillance at a residence in Montebello, California

(the "Ferrero residence"),[1] in response to information that E. Ferrero may be involved in narcotics trafficking.

9. During the surveillance the officers and agents observed E. Ferrero exit the Ferrero residence, enter a white BMW X5 ("the BMW") and drive away. Moments later J. Ferrero, along with Luis Ruano ("Ruano"), later determined to be the son of E. Ferrero, exited the Ferrero residence, entered a black Ford Expedition ("the Expedition") and also drove away.

10. Detectives from MPD followed the BMW to various locations in the South Los Angeles area and then eventually to a business office located at 10723 White Oak Avenue, Granada Hills, California ("the business office"). E. Ferrero exited the BMW, entered the business office and was observed speaking with two men at the location for a couple of hours.

11. At approximately 5:00 p.m. the Expedition arrived at the business office, J. Ferrero exited the vehicle and made contact with E. Ferrero. Shortly thereafter, MPD detectives observed a red Dodge Ram, driven by an unknown female arrive at the business office and double park. At that time, one of the men seen speaking with E. Ferrero earlier ran out of the business office, leaned into the passenger side window of the Ram and retrieved a medium sized brown paper bag that appeared to bear significant weight. The unknown male then ran back into the business with the paper bag followed by E. Ferrero and J. Ferrero. The Ferrero brothers then disappeared from the view of

---

[1] The full residence address has been omitted pursuant to Local Rule 79-5.4.

the detectives.

12. After approximately one hour, MPD detectives observed E. Ferrero exit a rear room inside the business office carrying a brown paper bag. E. Ferrero then handed the bag to J. Ferrero, who exited the business office, placed the brown paper bag behind the driver's seat in the Expedition and drove away.

13. MPD detectives followed the Expedition from the business office, and stopped the vehicle for a California Vehicle Code violation, near Balboa Boulevard and Tulsa Street, in Los Angeles, California. MPD detectives identified J. Ferrero as the driver and Ruano as the passenger of the Expedition. J. Ferrero provided the detectives consent to search the vehicle. The MPD detectives recovered a brown Trader Joe's shopping bag containing approximately $100,000.00 in U.S. currency (part of the defendant currency). The currency in the Trader Joe's shopping bag was later counted and determined to be $100,000.00 and comprised of denominations consistent with proceeds from drug trafficking (908-$100's; 67-$50's; 292-$20's; 1-$10).

14. The Expedition was then examined by a narcotics detection canine, "Buck," who gave a positive alert upon sniffing the brown paper bag containing the money, indicating that the bag or its contents had been in recent proximity to a controlled substance.

15. E. Ferrero was observed by MPD detectives driving away from the business office in the BMW past the traffic stop of the Expedition. E. Ferrero did not stop, but proceeded to get on the 118 Freeway where he drove out of sight. E. Ferrero returned to the Ferrero residence where he was met by MPD detectives and

detained for a violation of California Health and Safety Code section 11370.6 (Possession of moneys or negotiable instruments in excess of $100,000 involved in unlawful sale or purchase of a controlled substance).

16. Following the traffic stop, J. Ferrero was also detained for a violation of California Health and Safety Code section 11370.6 and advised of his Miranda rights. J. Ferrero stated that he had no knowledge of how his brother came into possession of the defendant $100,000.00 in U.S. currency, that his brother did not have a steady job, that his brother lived with him at the Ferrero residence and that the money probably came from gambling earnings. J. Ferrero stated that the defendant currency did not belong to him and signed a MPD Disclaimer of Ownership of Currency form. During the booking process, an additional $2,614.49 in U.S. Currency (the remainder of the defendant currency) was found in J. Ferrero's wallet and pant pocket and seized. The $2,614.49 was also comprised of denominations consistent with proceeds from drug trafficking (17-$100's; 43-$20's; 2-$10; 4-$5's; 3-$2's; 7-$1's; 4-$0.25; 4-$.10; 9-$.01).

17. On or about December 2, 2010, MPD detectives searched the Ferrero residence pursuant to a state search warrant. In the master bedroom, MPD detectives found 2 individually wrapped pieces of plastic containing approximately 22 gross grams of marijuana. MPD detectives also found a small functioning digital scale in the living room, and a black duffle bag in a converted bathroom in the garage which contained a large functional digital scale and approximately .45 pounds of marijuana divided into 5

individually wrapped vacuum sealed bags. Additionally, MPD detectives found miscellaneous indicia of residency, such as bills and bank statements, in the names of E. Ferrero, J. Ferrero and Ruano. The California Employment Development Department has no record for E. Ferrero or J. Ferrero.

## CLAIM FOR FORFEITURE

18. Based on the above allegations, the plaintiff alleges that the defendant currency represents or is traceable to proceeds of one or more illegal exchanges for a controlled substance or listed chemical, was furnished or intended to be furnished for a controlled substance or listed chemical, and was used to facilitate or intended to be used to facilitate, one or more such exchanges in violation of 21 U.S.C. § 841 et seq.. The defendant currency is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States prays that:

a. due process issue to enforce the forfeiture of the defendant currency;

b. due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

c. this court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

//
//
//
//
//

     d.   for such other and further relief as this court may deem just and proper, together with the costs and disbursements of this action.

DATED: September 16, 2011    Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_/s/_

JENNIFER M. RESNIK
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

VERIFICATION

I, John Czerapowicz, hereby declare that:

1. I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement and am the case agent for the forfeiture matter entitled <u>United States v. $100,000.00 in U.S. Currency and $2,614.49.00 in U.S. Currency</u>.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September ___, 2011 in Los Angeles, California.

_____
John Czerapowicz

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Gary A. Feess and the assigned discovery Magistrate Judge is Carla Woehrle.

The case number on all documents filed with the Court should read as follows:

**CV11- 7699 GAF (CWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)  NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | $100,000.00 IN U.S. CURRENCY AND $2,614.49 IN U.S. CURRENCY |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Jennifer Resnik, Assistant United States Attorney<br>California Bar Number 233634<br>Federal Courthouse, 14th Floor, 312 North Spring Street<br>Los Angeles, California 90012<br>Telephone: (213) 894-384-6595, Facsimile: (213) 894-71777 | |

### II. BASIS OF JURISDICTION (Place an X in one box only.)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

### V. REQUESTED IN COMPLAINT:  JURY DEMAND: ☐ Yes  ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

### VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
21 U.S.C. § 881 (a)(6)

### VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11  07699

FOR OFFICE USE ONLY:   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                                        CIVIL COVER SHEET                                        Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　　☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　　☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　　☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
　Note: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date  9/16/11

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JENNIFER RESNIK
    Assistant United States Attorney
 6  California Bar Number 233634
    Asset Forfeiture Section
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-6595
 9       Facsimile: (213) 894-7177
         E-mail: Jennifer.Resnik@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV11 07699 GAF (CWx) |
| Plaintiff, | |
| v. | **NOTICE** |
| $100,000.00 IN U.S. CURRENCY and $2,614.49 IN U.S. CURRENCY, | |
| Defendant. | |

In obedience to a Warrant of Arrest In Rem to me directed, in the above-entitled cause, I have, on the ___ day of _____, 2011, seized and taken into my possession, the following described defendant, to Wit: $100,000.00 in U.S. Currency and $2,614.49 in U.S. Currency, for the cause set forth in the Complaint, to wit: violation of federal laws, now pending in the

1  United States District Court for the Central District of
2  California, at Los Angeles, California. Amount demanded is the
3  sum of $-0-, plus interest and costs.
4      I HEREBY GIVE NOTICE to any person who claims an interest in
5  the above-described defendant that, pursuant to Rule G(5) of the
6  Supplemental Rules for Admiralty or Maritime Claims and Asset
7  Forfeiture Actions of the Federal Rules of Civil Procedure, said
8  person must file with the Clerk of the United States District
9  Court at Los Angeles, California and serve upon the attorney for
10 the plaintiff, a verified Claim identifying the property claimed
11 and his or her interest in the property not later than thirty-
12 five (35) days after the date of service of the Complaint, or
13 within such additional time as the court may allow; that said
14 person must file and serve an Answer within twenty-one (21) days
15 after the filing of the verified Claim; that if notice was
16 published but direct notice was not sent to said person or to
17 said person's attorney, the Claim must be filed no later than
18 sixty (60) days after the first day of publication on an official
19 internet government forfeiture site or legal notice under Rule
20 G(4)(a); and that all interested persons must file verified
21 Claims and Answers within the time so fixed; otherwise, default
22 may be entered and forfeiture ordered of the interest in the
23 defendant of any person not so complying. Applications for
24 intervention under Rule 24 of the Federal Rules of Civil
25 Procedure by persons claiming maritime liens or other interests
26 shall be filed within the time fixed by the court. A claim filed
27 by a person asserting an interest as a bailee must identify the
28 bailor, and if filed on the bailor's behalf must state the

1  authority to do so.
2      Pursuant to General Order 10-07 of the United States
3  District Court for the Central District of California, this
4  action is subject to the Electronic Case Filing ("ECF") System.
5  ECF User Registration Forms may be obtained from the Court.
6      Please check http://www.forfeiture.gov for a listing of all
7  judicial forfeiture notices.
8      Plaintiff's attorney is Assistant United States Attorney
9  Jennifer Resnik, 312 North Spring Street, 14th Floor, Los
10 Angeles, California 90012, (213)894-6595.
11     The custodian of the defendant is U.S. Customs and Border
12 Protection, 501 West Ocean Blvd., Suite 7200, Long Beach,
13 California 90802, (562) 624-3800.
14
15 DATED:  This ____ day of _____, 2011.
16
17
18                                  _____
                                    U.S. CUSTOMS AND BORDER
19                                  PROTECTION REPRESENTATIVE
20
21
22
23
24
25
26
27
28